UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| ALEXANDER W. THURMAN,<br><br>    Plaintiff,<br><br>v.<br><br>VET COMP & PEN MEDICAL CONSULTING, LLC,<br><br>    Defendant. | Case No. 9:19-cv-00170-RC-KFG |

## NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff, ALEXANDER W. THURMAN, voluntarily dismisses Defendant, VET COMP & PEN MEDICAL CONSULTING, LLC, with prejudice from this action with each party to bear its own attorney's fees and costs.  This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

DATED: October 31, 2019

Respectfully submitted,

**ALEXANDER W. THURMAN**

By: */s/ Joseph S. Davidson*

Joseph S. Davidson
Mohammed O. Badwan
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com
mbadwan@sulaimanlaw.com