**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ALEXANDER THURMAN | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 9:19-CV-170 |
| | § | |
| VET COMP & PEN MEDICAL CONSULTING, LLC | § § | JUDGE RON CLARK |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the court is Plaintiff's Notice of Voluntary Dismissal with Prejudice. (Dkt. #5). The Plaintiff seeks a dismissal of Defendant with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The court is of the opinion that it should grant this motion.

**IT IS ORDERED** that in accordance with the Plaintiff's motion, all claims asserted herein are **DISMISSED** with prejudice and with costs to be borne by the party incurring the same. Accordingly, all remaining deadlines, trial settings, and pending motions are **TERMINATED.** This case is **CLOSED**, and this constitutes a final judgment for appeal purposes.

So ORDERED and SIGNED, Sep 21, 2020.

_____
Ron Clark
Senior Judge